# 1058

[No. 23234–7–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. KELSEY RAMEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–04915–5, John M. Darrah, J., entered November 6, 1987. *Reversed* by unpublished per curiam opinion.

[No. 24894–4–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Petitioner*, v. DENNIS YOUNG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–06222–2, Marsha J. Pechman, J., entered September 21, 1989. *Reversed* by unpublished per curiam opinion.

[No. 21507–8–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RONALD ZIMMERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–03265–1, James A. Noe, J., entered December 23, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 12162–0–II. Division Two. January 29, 1990.]

*In the Matter of the Marriage of* MARIAN RENDON, *Respondent, and* EDWARD RENDON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83–3–00241–6, Karen B. Conoley, J., entered June 27, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.